## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KINEXON, INC. <br><br> Defendant. | C.A. No. 1:23-cv-00861 (MN) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT KINEXON, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Kinexon, Inc. ("Kinexon") respectfully moves this court to dismiss Plaintiff Social Positioning Input Systems, LLC's ("Social Positioning") Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. A Proposed Order is attached hereto.

The grounds for the motion are further set forth in Kinexon's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated:  August 30, 2023

**FISH & RICHARDSON P.C.**

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Noel F. Chakkalakal
Nan Lan
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com
lan@fr.com

***COUNSEL FOR DEFENDANT
KINEXON, INC.***