IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>KINEXON, INC.,<br><br>　　Defendant. | Civ. A. No. 23-861-MN<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Social Positioning Input Systems, LLC ("Plaintiff") and Defendant Kinexon, Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed WITH PREJUDICE.

2. All counterclaims asserted by Defendant in the above-captioned action are hereby dismissed WITHOUT PREJUDICE.

3. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated: September 13, 2023

Respectfully Submitted,

| **PHILLIPS, MCLAUGHLIN & HALL, P.A.,** | **FISH & RICHARDSON P.C.** |
|---|---|
| /s/ John C. Phillips, Jr. | /s/ Jeremy D. Anderson |
| John C. Phillips, Jr. (#110) | Jeremy D. Anderson (No. 4515) |
| Megan C. Haney (#5016) | 222 Delaware Avenue, 17th Floor |
| 1200 North Broom Street | Wilmington, Delaware 19801 |
| Wilmington, DE 19806 | (302) 658-5070 (Telephone) |
| Tel: (302) 655-4200 | (302) 652-0607 (Facsimile) |
| Fax: (302) 655-4210 | janderson@fr.com |
| jcp@pmhdelaw.com | |
| mch@pmhdelaw.com | Neil J. McNabnay |
| | Ricardo J. Bonilla |
| Randall Garteiser | Noel F. Chakkalakal |
| *Pro Hac Vice* anticipated | Nan Lan |
| rgarteiser@ghiplaw.com | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| **GARTEISER HONEA, PLLC** | Dallas, Texas 75201 |
| 119 W. Ferguson Street | mcnabnay@fr.com |
| Tyler, Texas 75702 | rbonilla@fr.com |
| Telephone: (903) 705-7420 | chakkalakal@fr.com |
| Facsimile: (903) 405-3999 | lan@fr.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Kinexon, Inc.* |

IT IS SO ORDERED THIS _____ DAY OF _____, 2023.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE